State v. Murchison, 562 N.W.2d 104 (N.D. 1996)|N.D. Supreme Court|
State v. Murchison, 562 N.W.2d 104 (N.D. 1996)
[Go to Documents]
Filed Oct. 22, 1996
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
State of North Dakota, Plaintiff and Appellee
v.
Kenneth Murchison, a/k/a Kenneth Murchinson, Defendant and Appellant
Criminal No. 960019
Appeal from the District Court for Burleigh County, South Central Judicial District, the Honorable Dennis A. Schneider, Judge.
AFFIRMED.
Per Curiam.
Rick L. Volk (argued), Assistant State's Attorney, 514 East Thayer, Bismarck, ND 58501, for plaintiff and appellee. Kenneth Murchison, pro se. Submitted brief.
State v. Murchison
Criminal No. 960019
Per Curiam.
Kenneth Murchison was convicted by jury verdict of conspiracy to deliver a controlled substance and was sentenced to imprisonment for 15 years. He appealed, claiming there was insufficient evidence to sustain the verdict. The judgment of conviction is affirmed under Rule 35.1(a)(3), N.D.R.App.P.
Gerald W. VandeWalle, C.J.
Mary Muehlen Maring
William A. Neumann
Dale V. Sandstrom
Herbert L. Meschke